EDMUND T. MACMURRAY, Petitioner v. COMMISSIONER OF INTERNAL REVENUE, Respondent
MacMurray v. Comm'r
Docket No. 6596-06S.
United States Tax Court
2007 U.S. Tax Ct. LEXIS 18; July 6, 2007, Decided
*18 Maurice B. Foley, Judge.
Maurice B. Foley
ORDER
Upon due consideration and for cause, it is
ORDERED that the Court's summary opinion, , rendered on May 31, 2007, is hereby withdrawn and rescinded and this case is submitted to this division of the Court for opinion and decision.
Maurice B. Foley
Judge
Dated: Washington, D.C.
July 6, 2007